ELIZABETH W. GREENWOOD, *individually and as Executrix, v.* GEORGE L. MARVIN AND WIFE, *Impleaded, etc.* — Motion to dismiss appeal denied, without costs. *Held,* that the appellant was not in default at the trial, and that the question whether he retains an interest in the subject-matter of the litigation relates to the merits involved in the appeal.

TIMOTHY A. SMITH and another, *Appellants, v.* MOSES H. CROSS and another, *Respondents.* — Judgment affirmed, with costs. Opinion by HARDIN, J.

SEWELL SCOTT, *Respondent, v.* CYNTHIA A. OTIS, *Impleaded, etc., Appellant.* — Judgment and order affirmed. Opinion by HARDIN, J.

DENNIS SHEEHAN *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY. — New trial granted, costs to abide event. The cases of *Slater* v. *Jewett, Receiver, etc.* (decided by the Court of Appeals, MS. opinion of FOLGER, Ch. J.), and *Dana v. The New York Central and Hudson River Railroad Company* (decided in this department, 23 Hun, 473; S. C., 24 id., 495) are regarded as decisive of this case.

DANIEL BUDLONG, *Appellant, v.* HARRIS LEWIS, *as Executor, etc., Respondent.* — Motion for reargument and to send the case back to the referee for further findings denied, with ten dollars costs. *Held,* that as there is no evidence that the defendant submitted special requests for findings to the referee at the time and in the manner required by section 1023 of the Code, it would be unavailing to the defendant to send the case back to the referee for further findings.

GEORGE W. CRANDALL, *Respondent, v.* RODNEY S. WHITMAN, *Appellant.* — Order appealed from affirmed, with ten dollars costs and disbursements. Opinion by SMITH, P. J.

LEONIDAS DOTY *v.* WILLIAM E. BABCOCK and another, *Respondents,* and THE FIRST NATIONAL BANK OF BATAVIA, *Appellant,* and others. — Order appealed from affirmed, with ten dollars costs and disbursements to be paid by appellant to the respondents. Opinion by SMITH, P. J.

THE PEOPLE *ex rel.* THOMAS D. PENFIELD and others, *Appellants, v.* THE BOARD OF STATE ASSESSORS, *Respondents.* — Determination of State assessors affirmed, with costs not exceeding fifty dollars and disbursements to be taxed. Opinion by HAIGHT, J. The motion submitted denied, without costs and without prejudice to the right to renew the same at Special Term.

ELIZA GRAHAM and another, *as Executrix, etc., Respondents, v.* MELISSA L. SNYDER, *Impleaded, etc., Appellant.* — Judgment affirmed. Opinion by HARDIN, J.